UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, *ex. rel.*
GINA HEDSTROM, *et al.*,

        Plaintiffs,         Case No. 13-CV-556

v.

ADVANCED PAIN MANAGEMENT, S.C., *et al.*,

        Defendants.

## ORDER

The United States of America, the State of Wisconsin, the State of Minnesota, and Relator Gina Hedstrom (collectively "Plaintiffs") filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) and a Request to Partially Lift the Seal in this *qui tam* action. Plaintiffs have entered into a settlement agreement with defendants Advanced Pain Management Holdings, Inc., Advanced Pain Management S.C., APM Wisconsin MSO, LLC, and Advanced Pain Management, LLC (collectively, the "APM Entities") that calls for the dismissal of all counts of the Amended Complaint as to the APM Entities.

IT IS HEREBY ORDERED that:

1. The Amended Complaint shall be dismissed against the APM Entities (1) with prejudice as to Relator, the United States, Minnesota, and Wisconsin with respect to the Covered Conduct and Disclosed Covered Conduct as defined in the settlement agreement; without prejudice to the United States, Minnesota, and Wisconsin as to all other claims; and (3) with prejudice as to Relator as to all other claims.

2. The Following documents shall be unsealed: (a) the Amended Complaint, (b) the Notice of Partial Intervention, (c) Plaintiff's Notice of Dismissal and Request to Partially Lift the Seal, and (d) this Order.

3. All other pleadings shall remain under seal.

Dated at Milwaukee, Wisconsin this 30th day of September, 2020.

                                          s/Lynn Adelman_____
                                          Lynn Adelman
                                          United States District Judge